Johannes Garrido
755 Watson Canyon Court #234
San Ramon, CA 94582

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| RIGHTHAVEN LLC, a Nevada Limited Liability Company<br><br>Plaintiff,<br><br>vs.<br><br>EXTREME DUI, an entity of unknown origin and nature; and JOHANNES GARRIDO, an individual<br><br>Defendants | Case No.: 2:11-cv-00718<br><br>**JOHANNES GARRIDO'S ANSWER TO FIRST AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL; NOTICE OF COPYRIGHT AND WAIVER FOR TORT** |

Defendant Johannes Garrido responds to allegations in RIGHTHAVEN, LLC's (hereinafter RIGHTHAVEN) first amended complaint. This matter could have been resolved if RIGHTHAVEN would have contacted us first and let us know their belief of a copyright violation and we would have responded accordingly.

**RESPONSE TO NATURE OF ACTION**

1. Defendant denies any allegation of intent of copyright infringement.
2. Defendant denies contents states in the FACTS portion of the complaint.

[Johannes Garrido's Answer to First Amended Complaint and Demand for Jury Trial] - 1

3. Defendant asserts they have a Copyright and Waiver for Tort on file with the UNIFORM COMMERCIAL CODE. (See Exhibit 1)

The Plaintiff expressly reserves the right to amend or supplement this request as needed. The Plaintiff also reserves the right to have this request construed so as to do justice according to FRCP 8 (e) and all other applicable law.

Dated this 10th day of June, 2011

By: /s/ Johannes-F; Garrido, Agent
      Johannes-F ; Garrido, Pro se

[Johannes Garrido's Answer to First Amended Complaint and Demand for Jury Trial] - 2

# EXHIBIT 1

# NOTICE FOR PUBLIC RECORD

## NOTICE TO PRINCIPAL IS NOTICE TO AGENT

## NOTICE TO AGENT IS NOTICE TO PRINCIPAL

### *AFFIDAVIT OF TRADE MARK &*

### *COPYRIGHT AND WAIVER FOR TORT*

*In the matters for commerce, all commerce operates in truth, demand for truth is made by all party's for full disclosure who are you? Who do you represent and who is the real party of interest? Is the real part of interest the commonwealth for Britain, The British Crown, the Queen for England, the Holy See. Is the UNITED STATES flying the Queen's Banner/Flag? What country does the Flag in the United States and State Court Houses, the House and the Senate, State and Federal Government and the oval offices represent? Have you desecrated our Flag for Liberty, old Glory, the lawful Flag for the United States as defined by 4 USC Section 4?*

Verified Declaration in the Nature by affidavit for Truth in commerce and Contract by Waiver for Tort Presented by me, addressee, JOHANNES FERNANDEZ GARRIDO, a living, flesh and blood son of God. One of the People under Original Common Law Jurisdiction established in the Territory of California, the original Republic (dejure) geographical state of California, and constitution of 1850, and contracts within the United States of America, the Constitution, *as contemplated in the preamble, 1776.*

*For: whom it may concern: In the Matter for the use of the Fictions known as*

JOHANNES FERNANDEZ GARRIDO; FERNANDEZ, JOHANNES GARRIDO; J.F. GARRIDO; F.J. GARRIDO; GARRIDO, JOHANNES FERNANDEZ; GARRIDO, FERNANDEZ JOHANNES; GARRIDO J.F.; J.F. *Garrido; F. J. Garrido; Johannes Fernandez Garrido; Fernandez, J. Garrido; Garrido, Fernandez J.; Garrido J. F,* and/or any derivatives thereof: **MAY NOW BE USED ONLY BY MYSELF, OR WITH MY PRIVATE PERMISSION, AS EVERY DERIVITIVE THEREOF IS NOW COPYRIGHTED AND TRADEMARKED WITHOUT FRANCHISE.** *Also any other subsidiaries of my legal fiction such as VBJODES HORIZON TRUST:*

**California State**              )
                                  ) :ss
**Contra Costa, County**          )

**I, Me, My, Myself** addressee, Johannes Fernandez Garrido , (herein after Title Holder/Agent) The undersigned for one of We the People, one of the Sovereign, a natural born living soul, part of the posterity, born upon the original land in one of the several counties within one of the several Union States, united for America, as the undersigned Posterity, Creditors, Claimants, and Secured Party, hereinafter, "I, Me, My, Myself, Title, Holder/Agent" do hereby solemnly declare, say and state:

1

1. *I, Me, My, Myself,* the Title Holder/Agent am competent for stating the matters set forth herewith.

2. *I, Me, My, Myself,* The Title Holder/Agent, have firsthand personal knowledge concerning the facts stated herein.

3. Shall the facts stated herein bear witness which are true, correct, complete, certain, not misleading admissible as absolute evidence, and if stating I, Me, My, Myself, as the Title Holder Agent, shall so state.

## PLAIN STATEMENT OF FACTS

**A matter must be expressed for being resolved. In commerce truth is sovereign, Truth is expressed in the form for as affidavit, Equality in the Law is Paramount.**

**An Affidavit not rebutted stands as Truth in commerce, An Affidavit not rebutted, after thirty (30) days, becomes the judgment in commerce. A truth Affidavit, under commercial law, can only be satisfied: by truth Affidavit rebuttal, by payment, by resolution, or by Common Law rules, a trial by jury (by 12 people who are sovereign to the Foreign UNITED STATES GOVERNMENT.)**

I, ME, MY, MYSELF, Title Holder/Agent, am expressing truth with this Verified Declaration in the Nature for an Affidavit of Truth in Commerce and Contract by Waiver for Tort Presented by me, addresses, **Johannes Fernandez Garrido** a living, breathing, flesh and blood sovereign soul, the Secured Party, one for We the People under Original Common Law Jurisdiction for the California **Republic** and united states contracts, the constitutions and **COPYRIGHT** of the Christian appellation as written above.

**WHEREAS,** the public record is the highest evidence form. I, Me, My, Myself, the Title Holder/Agent, am hereby timely creating public record by Declaration with This Verified Declaration in the Nature for Truth Affidavit for Ownership on Trademark and Copyright in Commerce and Contract for a Tort Waiver Presented by me, address, **Johannes Fernandez Garrido** © *agent.*

1. **Fact:** The corporate fiction **Johannes Fernandez Garrido and/or any/all** derivatives Thereof, in c/o address: 755 Watson Canyon Court #234, San Ramon, , CA (zip code exempt), (and all derivatives thereof) is color of law, fiction without form or substance, and any resemblance to any natural born body, of flesh and blood, living or dead is entirely intentional in **commercial fraud** by Genocide acts for We the People for **California** state and The Republic of California by the alleged Government officials and Agents for the

2

Commercial Corporation and Commercial Courts for the disfranchising purpose. We the People for **California** from our Life, Liberty, Property and Pursuit of Happiness, among other Rights, are not Goyim for the corporate self-enrichment using their **legislation, outside the law authority** and our courts by original jurisdiction.

2. **Fact:** I have placed a **Trademark** on the Fiction known as **Johannes Fernandez Garrido** and/or any derivatives. Thereof, c/o, 755 Watson Canyon Court #234, San Ramon, CA (zip code exempt). Copyright and **(trademark/fiction)** of my name or any possible derivatives now belong completely to me and to no Foreign Commerce Source. Complete ownership of my name remains my personal private property and cannot be used without me, or my prior written consent, or permission and if then only under the terms set out and established in this contract.

3. **Fact:** The Fiction is my perfected securities and registered by contract with me and recorded with the notary, as such for a lifetime and is my recorded fiction trademark by this declaration under original common law jurisdiction for one-hundred (100) years, and is My private property, as Title Holder/Agent, for My Estate Protection, Life and Liberty.

4. **Fact:** Using My Fiction on any document associated in any manner with My Estate or me, the holder in due course, Title Holder/Agent, Exempt from Levy without my written prior consent is strictly forbidden and is chargeable against such user separately, segregated and each issuer in the amount, the sum certain for one thousand ($1,000.00) silver specie redeemable, in lawful coin for/of the United States **per each use, by each user and per issuer, per fiction.**

5. **Fact:** Using my Fiction for intended gains for themselves, (the issuers or users) for other, for any of my Rights, my private property or any part about my Estate without full disclosure and my written consent prior to any use whatsoever is strictly forbidden and chargeable per each user and issuer, in the amount of the sum certain sum of two hundred fifty thousand ($250, 000.00) silver specie in lawful coinage for the United States per use, per person, using Corporate Fiction in any Deleterious situation against me of my life including any past, present or future unauthorized use.

6. **Fact:** Using My Fiction on any document associated in any manner with or against my Estate, me, my property, as such as the holder in due course, Title Holder/Agent, and will remain Exempt from Levy, without *my written prior consent is all the evidence required for enforcing this agreement, this contract as evidence that any and all users and issuers are in full agreement and have accepted this agreement/contract under the condition and terms so stated and set forth herein and is due and payable under the terms and conditions set forth herein by this agreement/contract or any notice of this agreement. All should herewith be advised the Notarial Protest will be used against any trespasser of My Copyright or Trademark.*

3

7. **Fact: Me, Myself, the Title Holder/Agent,** am not an expert in the law, however, I do know right from wrong, if there is any human being that is being unjustly damaged by any statements herein, if he/she will inform me by facts I will sincerely make every effort and amend my ways.

I hereby and herein reserve the right for amending and make amendment for this document as necessary in order that the truth may be ascertained and proceeding justly determined.

If any living soul has information that will controvert and overcome this Declaration, since this is a commercial matter, please advise me IN WRITING by DECLARATION/AFFIDAVIT FORM within ten (10) days from the recording hereof, providing me with your counter Declaration/affidavit, proving with particularity by Stating all requisite actual evidentiary fact by Declarations is substantially and materially false sufficiently for changing materially my or the fictions' status and factual declaration.

Your silence stands as consent, and tacit approval, for the factual declarations here being established as fact as a law matter, this affidavit by Declaration will stand as final Judgment in the matter; and for the sum certain herein stated and **will be in full force and effect against all parties, due and payable and enforceable by law. The criminal penalties for commercial fraud is determined by jury and by law.** The monetary value is established by me for violation against my rights, for infringement against my rights, the Constitutions in the sum certain amount as stated herein for dollars specie silver coin lawful money for the United States as defined by Article I, Section 10 under the Constitution, by We the People for the United States of America and will be due and payable on the eleventh day or any day thereafter as use occurs after filing by Me, in the public records for the county of **Contra Costa, California,** under this declaration. This is my contract and I alone determine damages from infringement.

The Undersigned, **I, Me, MY, Myself, the Title Holder/Agent,** holder in due course for original, do herewith declare, state and say that I, Title Holder/Agent, issue this with sincere intent in truth, that I, me, the undersigned Title Holder/Agent, am competent by stating the matters set forth herein, that the contents are true, correct complete and certain admissible as evidence, reasonable, not misleading ad by My best knowledge, by me the undersigned addressee.

Notice for the agent is notice for the principal applies under this notice. Equality in the law is Paramount.

Because of prior filings of UCC1 Claims, all copyright claims are enforce.

*By: Johannes -Fj Garrido Agent*

Johannes Fernandez Garrido © Agent, Secured Party

c/o 755 Watson Canyon Court #234

San Ramon, CA (zip code exempt)

4

State of California

County of CONTRA COSTA

Subscribed and sworn to (or affirmed) before me on this 9th day of MAY, 20 11, by JOHANNES FERNANDEZ GARRIDO, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature _____ (seal)

OLIN HOWARD COVINGTON
Commission # 1875185
Notary Public - California
Contra Costa County
My Comm. Expires Dec 31, 2013

5

## PROOF OF SERVICE

I declare that I am not a party to the within cause and I am over the age of eighteen years.

I further declare that on June 10, 2011, I served a copy of:

**JOHANNES GARRIDO'S ANSWER TO FIRST AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL; NOTICE OF COPYRIGHT AND WAIVER FOR TORT**

[X]  **BY U.S. MAIL CERTIFIED** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, addressed as follows, from Oakland, CA

[X]  **BY FAX**

SHAWN A. MANGANO, ESQ
SHAWN A. MANGANO, LTD.
9960 West Cheyenne Avenue, Suite 170
Las Vegas, Nevada 89129
United States of America
Tel: (702) 304-0432
Fax: (702) 922-3851

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed at Oakland, California, this 10th day of June, 2011

Brook A Workench
**Printed Name**

By: [signature] Agent
**Signature**

[Proof of Service] - 1