UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| RIGHTHAVEN LLC, | |
|     Plaintiff, | 2:11-cv-00718-ECR-VPC |
| vs. | |
| EXTREME DUI, JOHANNES GARRIDO, | ORDER OF DISMISSAL WITHOUT PREJUDICE PURSUANT TO LOCAL RULE 41-1 |
|     Defendants. | |

It appearing to the Court that this action has been pending in this Court for more than nine (9) months without any proceeding having been taken therein during such period;

IT IS, THEREFORE, HEREBY ORDERED, ADJUDGED, AND DECREED that the above-entitled action be, and hereby is dismissed without prejudice for want of prosecution pursuant to provisions of Local Rule 41-1.

DATED this 19th day of July, 2012.

*Edward C. Reed.*

UNITED STATES DISTRICT JUDGE